Scottlynn J Hubbard IV, SBN 212970
Khushpreet R. Mehton, SBN 276827
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Jeanette Dillinger

Elizabeth B. Stallard, SBN 221445
**DOWNEY BRAND**
621 Capitol Mall, 18th Floor
Sacramento CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email: estallard@downeybrand.com

Attorneys for Defendant Dignity Health

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE DILLINGER,<br><br>         Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH dba MERCY MEDICAL CENTER REDDING,<br><br>         Defendant. | Case No. 2:13-cv-02023-JAM-CMK<br><br>**Order Extending Discovery Deadline and Granting Settlement Conference**<br><br>Final PT: November 20, 2015<br>Jury Trial: January 11, 2016<br>Crtm: 6<br><br>Hon. Judge John A Mendez |

*Dillinger v. Dignity Health*                                                         Case No. 2:13-cv-02023-JAM-CMK
[Proposed] Order Extending Discovery Deadline and Granting Settlement Conference
Page 1 of 2

1419043.1

Having considered the Stipulation of the Parties and for good cause appearing, it is hereby ordered as follows:

1. The discovery deadline in this matter shall be extended so that all discovery must now be completed by October 30, 2015.

2. This matter is referred to The Honorable Carolyn K. Delaney for a Settlement Conference.

**IT IS SO ORDERED.**

Dated:  8/28/2015                            /s/ John A. Mendez_____
                                                         U. S. District Court Judge

*Dillinger v. Dignity Health*                                                      Case No. 2:13-cv-02023-JAM-CMK
[Proposed] Order Extending Discovery Deadline and Granting Settlement Conference
Page 2 of 2

1419043.1