Scottlynn J Hubbard IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorneys for Plaintiff

Elizabeth B. Stallard, SBN 221445
**Downey Brand**
621 Capitol Mall, 18th Floor
Sacramento CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email: estallard@downeybrand.com

Attorneys for Defendant Dignity Health

United States District Court

Eastern District of California

| | |
|---|---|
| Jeannette Dillinger,<br><br>        Plaintiff,<br><br>    vs.<br><br>Dignity Health dba Mercy Medical Center Redding,<br><br>        Defendant. | Case No. 2:13-cv-2023-JAM-CMK<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

*Dillinger v. Dignity Health,* Case No. 2:13-cv-02023-JAM-CMK
Joint Stipulation for Dismissal and Order Thereon

-1-

TO THE COURT AND ALL PARTIES:

  Plaintiff David Dillinger as successor to Jeannette Dillinger and defendant Dignity Health dba Mercy Medical Center Redding stipulate to and jointly request that this Court enter a dismissal with prejudice of the complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: December 30, 2015  Disabled Advocacy Group, APLC


            _/s/ Scottlynn J Hubbard_
            Scottlynn J Hubbard
            Attorney for Plaintiff

Dated: December 30, 2015  Downey Brand, LLP


            _/s/  Elizabeth B. Stallard_
            Elizabeth B. Stallard
            Attorney for Defendant

## **ORDER**

  IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-2023-JAM-CMK, is hereby dismissed with prejudice.

Dated:  12/31/2015

            /s/ John A. Mendez
            United States District Court Judge